CITY OF WEST ALLIS, Appellant, vs. VILLAGE OF WEST MILWAUKEE and others, Respondents.

*February 5—March 5, 1957.*

For the appellant there were briefs by *George A. Schmus,* city attorney, and *Charles G. Panosian,* assistant city attorney, and oral argument by *Mr. Schmus.*

For the respondents village of West Milwaukee and Herman C. Dieringer, village clerk, there was a brief by *Allen J. Busby,* village attorney, and *Maxwell H. Herriott* of Milwaukee, special counsel, and oral argument by *Mr. Herriott.*

For the respondent town of Greenfield and George L. Luck, town clerk, there was a brief by *Joseph A. Barly* of Milwaukee, and by *Joseph A. Barly* and *Charles Thekan,* both of Milwaukee, attorneys for the remainder of the defendants except the village clerk and the village of West Milwaukee, and oral argument by *Mr. Barly.*

STEINLE, J.    The issues here are substantially the same as those in *State ex rel. West Allis v. Dieringer,* ante, p. 208, 81 N. W. (2d) 533.

For reasons there stated we are obliged to determine that the order of the village board of the village of West Milwaukee and the town board of the town of Greenfield purporting to create Joint School District No. 16 of the village of West Milwaukee and the town of Greenfield was null and void and

of no effect. The plaintiff is entitled to the considerations which it seeks in its complaint.

*By the Court.*—Judgment reversed, and cause remanded for further proceedings in accordance with this opinion and as may be applied for by the plaintiff under its complaint herein.